**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Joyeux Munyaneza,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-05806-PHX-KML

**ORDER**

Petitioner Joyeux Munyaneza filed a petition for a writ of habeas corpus challenging his immigration detention. (Doc. 1.) The petition alleges two counts related to Munyaneza's detention, which began in September 2025. (Doc. 1 at 4-5.) When he filed his petition, Munyaneza had received an order of removal from an immigration judge and his appeal was pending before the Board of Immigration Appeals ("BIA"). (Doc. 6 at 2.) Because he didn't "know how to reach out to the BIA or how to get in contact with BIA to see the status of [his] appeal," Munyaneza filed a habeas petition alleging indefinite detention. (Doc. 1 at 4-5.)

Respondents timely answered in August 2026, explaining Munyaneza had lost his lawful permanent residency status and was subject to mandatory detention under 8 U.S.C. § 1226(c) because he had committed multiple crimes involving moral turpitude and controlled substance offenses. (Doc. 6 at 2.) Munyaneza failed to reply.

District courts have in some circumstances ordered bond hearings for aliens detained under 8 U.S.C. § 1226(c) to bring their detention into compliance with the due

process clause. *See, e.g.*, *Martinez v. Clark*, 124 F.4th 775, 784 (9th Cir. 2024). But it was Munyaneza's burden to establish his entitlement to habeas relief, and his failure to reply to respondents' argument regarding mandatory detention means he has not shown circumstances meriting such relief here. *See Lambert v. Blodgett*, 393 F.3d 943, 969 n.16 (9th Cir. 2004) ("In . . . federal habeas proceedings, it is the petitioner who bears the burden of proving his case."). Accordingly, his petition is denied.

**IT IS ORDERED** the petition for writ of habeas corpus (Doc. 1) is denied.

**IT IS FURTHER ORDERED** that any remaining pending motions are denied as moot. The clerk of court shall enter judgment accordingly and close this case.

Dated this 2nd day of November, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**